# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 70441-9-I |
| Respondent, | ) | |
| v. | ) | |
| JOHN ALAN CARTER, | ) | UNPUBLISHED OPINION |
| Appellant. | ) | FILED: MAY 1 2 2014 |

PER CURIAM — A jury found John Carter guilty of first degree rape and second degree kidnapping. On appeal, he contends – and the State concedes – that the trial court erred in imposing an exceptional minimum term based on a judicial finding that the standard range was "clearly too lenient." See RCW 9.94A.535(2)(b); Alleyne v. United States, ___ U.S. ___, 133 S. Ct. 2151, 186 L. Ed. 2d 314 (2013) (any fact that increases the mandatory minimum sentence must be proved to the jury beyond a reasonable doubt). The State also concedes that there is no statutory authority for submitting the "clearly too lenient" aggravator to a jury on remand. Accordingly, we accept the State's concessions and remand the matter for the imposition of a minimum term within the standard range.

Remanded for proceedings consistent with this opinion.

FOR THE COURT: